■ Stephen Moxley, Respondent, v Harold F. Meese, Appellant, et al., Defendants. — Order unanimously modified and, as modified, affirmed, without costs, in accordance with same memorandum as in *Danahy v Meese* (84 AD2d 670). (Appeal from order of Erie Supreme Court, Mintz, J. — strike answer — summary judgment.) Present — Dillon, P. J., Simons, Callahan, Denman and Moule, JJ.